# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| In Re<br>**E.B.**<br><br>*Petitioner* | **NMCCA No. 201800325**<br><br>**PETITION FOR EXTRAORDINARY RELIEF – ARTICLE 6B, UCMJ**<br><br>**Special Panel 2**<br><br>**ORDER** |
| **UNITED STATES**<br>*Respondent* | |
| **Salvador JACINTO**<br>Aviation Structural Mechanic First Class (E-6)<br>U.S. Navy<br><br>*Real Party in Interest* | ***Granting Motion for Leave to File, Denying Motion to Dismiss, and Denying Petition for Extraordinary Relief and Application for Stay of Proceedings*** |

On 17 March 2022, E.B. filed a Petition for Extraordinary Relief in the Nature of a Writ of Mandamus to Enforce Article 6b, Uniform Code of Military Justice [UCMJ],[1] and an Application for Stay of Proceedings. On the same day, in response to E.B.'s filing, the Real Party in Interest filed a Motion for Leave to File and a Motion to Dismiss for Lack of Jurisdiction.

Accordingly, it is, by the Court, this 17th day of March 2022,

**ORDERED:**

1. That E.B.'s Petition for Extraordinary Relief in the Nature of a Writ of Mandamus to Enforce Article 6b, UCMJ, is **DENIED**.

2. That E.B.'s Application for a Stay of Proceedings is **DENIED**.

3. That the Real Party in Interest's Motion for Leave to File is **GRANTED**.

4. That the Real Party in Interest's Motion to Dismiss for Lack of Jurisdiction is **DENIED**.

---

[1] 10 U.S.C. § 806b.



FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
Petitioner (LT Hough)
45 (LCDR Wester)
46 (Maj Wiggins, Maj Friedewald)
*DuBay* Judge (CDR Sears)
02

2